**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | |
| **EARLE D. MUNNS** | : | |
| | : | |
| Debtor | : | **Case No. 11-10912-RGM** |
| | : | **(Chapter 7)** |
| .... .... .... .... .... .... | : | |
| | : | |
| **BANK OF AMERICA N.A.** | : | |
| | : | |
| Plaintiff | : | |
| | : | **Adv. No. 11-01255-RGM** |
| | : | |
| v. | : | |
| | : | |
| **EARLE D. MUNNS** | : | |
| | : | |
| | : | |
| Defendant | : | |

### MOTION FOR SUMMARY JUDGMENT

COME NOW the defendant, EARLE D. MUNNS, and for the reasons more fully stated in the accompanying Memorandum of Points and Authorities moves for summary judgment against the plaintiff on the complaint filed herein.

<u>EARLE D. MUNNS</u>
By counsel

<u>/s/ Richard G. Hall</u>
RICHARD G. HALL, Esquire
Counsel for the defendant
7369 McWhorter Place, Suite 412
Annandale, Virginia  22003
(703)256-7159
VAB #18076

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 23, 2011 a copy of this Motion with the attached Memorandum was mailed to the plaintiff, c/o Michael A. Hass, at Ober, Kaler, Grimes & Shriver, 1401 H Street, N.W., Fifth Floor, Washington, D.C. 20005.

<u>/s/ Richard G. Hall</u>