VIRGINIA:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

Bank of America, N.A.                    )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )          Case No.  CL 2010-16045
                                         )
Earle D. Munns, Jr.                      )
                                         )
        and                              )
                                         )
AC Technology, Inc.                      )
                                         )
        Defendants.                      )
                                         )
                                         )

## Consent Decree

THIS ACTION came before the Court on petition of the Plaintiff, Bank of America,

N.A., for confirmation of an arbitral award issued by the American Arbitration Association

("AAA") on October 4, 2010.

IT APPEARING TO THE COURT that this Consent Decree is proper and has been

endorsed by all counsel of record, it is, therefore,

ADJUDGED, ORDERED AND DECREED that:

1.      On October 4, 2010, AAA entered a final award in AAA Case No. 16 148 T

00590 09. That award, a certified copy of which is attached to this Consent Decree as Exhibit A,

was in favor of the Plaintiff in the amount of $5,207,124.39 plus interest as defined in the final

award.

Plaintiff : BANK OF AMERICA NA
Defendant: MUNNS, EARLE D JR
Date/Time Docketed: 1/7/2011 3:45:40 PM          Judgment No: 491021
Recorded in FAIRFAX CIRCUIT COURT

TESTE: JOHN T. FREY

2.     Virginia law states that a court shall confirm an award any time after it is made and upon any party's application. *See* Va. Code § 8.01-581.09. After confirming such an award, the Court shall enter judgment in conformity therewith. *See Id.* at § 8.01-581.12.

3.     The Award is hereby confirmed pursuant to Va. Code §§ 8.01-581.09 and 8.01-581.12, and judgment for Plaintiff Bank of America, N.A., against Defendants Earle D. Munns, Jr. and AC Technology, Inc., joint and severally, in the amount of $5,207,124.39 plus interest as defined in the final award is entered accordingly.

4.     The Award speaks for itself, and its confirmation by this Court does not modify, correct, add to, change, or clarify the award in any respect.

Date: 11/30/10

_____
JUDGE, CIRCUIT COURT OF FAIRFAX COUNTY

SEEN AND AGREED:

_____
Michael A. Hass
Counsel for Bank of America, N.A.

_____
Roger A Morrison
Counsel for Earle D. Munns, Jr. and for
AC Technology, Inc.

2