**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: EARLE D. MUNNS ) | Case No.: 11-10912-RGM |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| ) | |
| BANK OF AMERICA, N.A. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Adversary No. 11-01255-RGM |
| ) | |
| EARLE D. MUNNS ) | |
| a/k/a EARLE D. MUNNS, JR. ) | |
| ) | |
| Defendant. ) | |

## EXHIBIT LIST FOR BANK OF AMERICA

| Exhibit No. | Identified | Admitted | Description |
|---|---|---|---|
| 1. | | | Credit and Security Agreement dated as of June 30, 2008 by and between MB Security Corporation, AC Technology, Inc. and Bank of America |
| 2. | | | Revolving Loan Note dated June 30, 2008 payable by AC Technology, Inc. and MB Security Corporation to the order of Bank of America |
| 3. | | | Continuing and Unconditional Guaranty dated June 30, 2008 given by Earle D. Munns, Jr. in favor of Bank of America, N.A. |
| 4. | | | May 5, 2008 e-mail from Fred S. Sheperd to Jessica Tencza transmitting Field Examination Report of AC Technology, Inc. |

2446080

1

| **Exhibit No.** | **Identified** | **Admitted** | **Description** |
|---|---|---|---|
| 5. | | | June 16, 2008 e-mail from Earle Munns to Jessica Tencza and Diane B. Zanetti regarding terms of AC Technology, Inc. acquisition |
| 6. | | | June 17, 2008 e-mail from Jessica Tencza to Yanlin Yin forwarding letter of intent dated June 14, 2008 |
| 7. | | | June 18, 2008 e-mail from Michael A. Byrd to Jessica Tencza, Diane B. Zanetti and Yanlin Yin attaching 2007 audited financial statements of AC Technology, Inc. |
| 8. | | | June 18, 2008 e-mail from Earle Munns to Jessica Tencza and Michael Byrd regarding updated financial projections |
| 9. | | | June 25, 2008 e-mail from Yanlin Yin to Jessica Tencza forwarding Earle Munns' executive bio |
| 10. | | | June 26, 2008 e-mail from Chris Sands to Michael Byrd, Steve Britt and Earle Munns transmitting AC Technology A/R Aging Summary |
| 11. | | | Conditional Personal Guaranty dated as of June 27, 2008 given by Earle D. Munns, Jr. in favor of Arrow Electronics, Inc. |
| 12. | | | Credit Approval Report dated June 27, 2008 |
| 13. | | | June 27, 2008 e-mail from Terri Wolfley to Jessica Tencza and Yanlin Yin regarding Credit Approval Report |
| 14. | | | June 27, 2008 e-mail from Christopher Sands to Michael Byrd and Earle Munns attaching AC Technology, Inc. A/R Aging Summary and A/P Aging Summary |

| Exhibit No. | Identified | Admitted | Description |
|---|---|---|---|
| 15. | | | June 27, 2008 e-mail from Michael Byrd to Jessica Tencza, Yanlin Yin and Diane B. Zanetti submitting borrowing base certificate and AC Technology, Inc. A/R Aging Summary |
| 16. | | | June 29, 2008 e-mail from Jessica Tencza to Nikolaus Schandlbauer and Steve Britt regarding recall of borrowing base certificate |
| 17. | | | June 29, 2008 e-mail from Earle Munns to Diane B. Zanetti, Jessica Tencza and Yanlin Yin submitting borrowing base certificate and AC Technology, Inc. A/R Aging Summary |
| 18. | | | June 29, 2008 e-mail from Christopher Sands to Earle Munns and Michael Byrd regarding terms of AC Technology, Inc. acquisition |
| 19. | | | June 30, 2008 e-mail from Michael Byrd to Jessica Tencza and Yanlin Yin submitting borrowing base certificate |
| 20. | | | June 30, 2008 e-mail from Christopher Sands to Michael Byrd and Earle Munns attaching AC Technology, Inc. A/R Aging Summary |
| 21. | | | June 30, 2008 e-mail from Earle Munns to Jessica Tencza and Diane B. Zanetti regarding A/R Aging Summary and MOCA/Arrow financing |
| 22. | | | June 30, 2008 e-mail from Steve Britt to Todd Whay regarding Stock Purchase Agreement |
| 23. | | | June 30, 2008 e-mail from Steve Britt to Todd Whay and Chris Sands regarding Exhibit D to Stock Purchase Agreement |
| 24. | | | June 30, 2008 e-mail from Steve Britt to Todd Whay and Chris Sands regarding pages 11 and 12 of Stock Purchase Agreement |

| Exhibit No. | Identified | Admitted | Description |
|---|---|---|---|
| 25. | | | June 30, 2008 e-mail from Todd Whay to Steve Britt regarding execution of Stock Purchase Agreement |
| 26. | | | June 30, 2008 e-mail from Steve Britt to ndysart@ltblaw.com and Todd Whay regarding pages 11 and 12 of Stock Purchase Agreement |
| 27. | | | Unsigned Stock Purchase Agreement by and between MB Security Corporation, Christopher A. Sands and Arthur J. Sands |
| 28. | | | Supplemental Conditional Personal Guaranty dated as of June 30, 2008 given by Earle D. Munns, Jr. in favor of Arrow Electronics, Inc. |
| 29. | | | July 1, 2008 e-mail from Earle Munns to Steve Britt regarding post closing reporting package |
| 30. | | | Security Agreement dated July 30, 2008 by AC Technology, Inc. in favor of Arrow Electronics, Inc. and UCC-1 Financing Statement |
| 31. | | | August 8, 2008 e-mail from Steve Britt to Gordon Hunter and Earle Munns regarding terms of AC Technology, Inc. acquisition |
| 32. | | | August 8, 2008 e-mail from Steve Britt to Gordon Hunter regarding Bank of America loan documents |
| 33. | | | August 18, 2008 e-mail from Earle Munns to Gordon Hunter and Steve Britt regarding operations, note payable and Textron A/R |
| 34. | | | Borrowing Base Certificate of AC Technology, Inc. for month ending August 31, 2008 |
| 35. | | | September 15, 2008 e-mail from Chris Sands to csands@cox.net transmitting AC Technology, Inc. Textron A/R Due spreadsheet |

2446080

| Exhibit No. | Identified | Admitted | Description |
|---|---|---|---|
| 36. | | | Notice of Default and Reservation of Rights dated December 17, 2008 |
| 37. | | | January 23, 2009 e-mail from Catherine Gaddis to Michael Ritter transmitting AC Technology, Inc. 2008 General Ledger |
| 38. | | | January 30, 2009 e-mail from Catherine Gaddis to Michael Ritter transmitting AC Technology, Inc. 2008 Profit & Loss Previous Year Comparison and 2008 Balance Sheet Previous Year Comparison |
| 39. | | | Loan Modification Agreement dated as of February 18, 2009 by and between AC Technology, Inc., Earle D. Munns, Jr., Michael A. Byrd and Bank of America |
| 40. | | | Cardinal Bank Statements for AC Technology, Inc. operating, expense and escrow accounts |
| 41. | | | Certified copy of Consent Order (I) Entering Money Judgment, (II) Determining Non-Dischargeability of Debt and (III) Related Stipulation Regarding Limit of Enforcement entered on April 24, 2010 in the matter of *Bank of America, N.A. v. Michael Andrew Byrd*, Adv. No. 10-00179 |
| 42. | | | Interim Award of Arbitrator dated August 12, 2010 |
| 43. | | | Final Award of Arbitrator dated October 4, 2010 |
| 44. | | | Certified Copy of Consent Decree docketed by the Circuit Court for Fairfax County on January 7, 2011 in the matter of *Bank of America, N.A. v. Earle D. Munns, Jr., et al.*, Case No. CL 2010-16045 |
| 45. | | | Plaintiff's Rule 26(a)(2) Expert Report of Todd A. Feuerman, CPA, MBA |

| **Exhibit No.** | **Identified** | **Admitted** | **Description** |
|---|---|---|---|
| 46. | | | Plaintiff's Rule 26(a)(2) Expert Report of Garrett M. Datz, MCSE, CCNA |
| 47. | | | Earle D. Munns, Jr., Deposition Transcript Excerpts – February 24, 2010 |
| 48. | | | Arbitration Transcript Excerpts – April 19, 2010 |
| 49. | | | Christopher Sands Deposition Transcript Excerpts – February 2, 2011 |
| 50. | | | J. Stephen Britt, Deposition Transcript Excerpts – February 4, 2011 |
| 51. | | | Michael A. Byrd, Deposition Transcript Excerpts – February 8, 2011 |
| 52. | | | Earle D. Munns, Jr., Deposition Transcript Excerpts – March 11, 2011 |
| 53. | | | Amended Complaint to Determine Dischargeability of Debt (Doc. No. 22-1) |
| 54. | | | Order Granting Partial Summary Judgment (Doc. No. 28) |
| 55. | | | Answer to Amended Complaint to Determine Dischargeability of Debt (Doc. No. 36) |
| 56. | | | Defendant Munns Response to Plaintiff's Interrogatories |

Bank of America reserves the right to supplement this list with any documents that may be produced by the Defendant after the date of this filing that were previously withheld. Bank of America also reserves the right to use any exhibits identified in the Defendant's exhibit list or any exhibits to be used for impeachment. Moreover, Bank of America reserves the right to supplement this list as necessary and appropriate.

                                                    Bank of America, N.A.,

                                                    By:/s/ Anthony F. Vittoria
                                                          Counsel

Anthony F. Vittoria (VSB No. 41132)
avittoria@ober.com
E. John Steren (*admitted pro hac vice*)
ejsteren@ober.com
Walter R. Kirkman (*admitted pro hac vice*)
wrkirkman@ober.com
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W., 5th Floor
Washington, D.C.  20005
(202) 408-8400
(202) 326-5270 facsimile

*Counsel for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I certify that on the 5th day of April, 2012, (i) copies of the foregoing Exhibit List of Bank of America, N.A. were served on all parties on the Electronic Mail Notice List for this adversary proceeding, (ii) an original set and two copies of the pre-marked exhibits were sent by overnight delivery to the United States Bankruptcy Court Clerk's Office and (iii) copies of the pre-marked exhibits were served via overnight delivery on:

>Richard G. Hall, Esquire
>7369 McWhorter Place, Suite 412
>Annandale, Virginia 22003
>
>*Counsel for the Defendant*

/s/ Walter R. Kirkman
Walter R. Kirkman