FILED

2012 JUN 28 A 9:30

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION



| | |
|---|---|
| From: | E M [emunns2325@msn.com] |
| Sent: | Sunday, June 29, 2008 11:19 AM |
| To: | Zanetti, Diane B; Tencza, Jessica; Yin, Yanlin |
| Cc: | mabyrd@sydiansys.com; Steve Britt |
| Subject: | Revised AC Tech BB Certificate-June (RESEND) |
| Importance: | High |
| Attachments: | BBTemp_270608.xls; AR_Aging_Jun08.pdf |

Diane, Jessica, and Yanlin,

We sent our revised and carefully reviewed BBC on Friday evening as per the email trail below ( see attachments). This was later than we planned, but another $2.1 mm was booked Friday and we almost have another $646,700 which we expect tomorrow.

I am resending the email and attachments now after I was apprised today you may not have received the email and attachments Friday. Our apologies for any confusion.

Our transaction with AC Technology is fully agreed and we are ready to proceed.

Thanks for all your assistance.

Please feel free to call me with any questions at (703)731-0452 or Mike at (301)523-4556.



>
> -----Original Message-----
> From: Michael Byrd [mailto:mabyrd@sydiansys.com]
> Sent: Friday, June 27, 2008 10:34 PM
> To: 'Tencza, Jessica'; 'Zanetti, Diane B'
> Cc: 'Yin, Yanlin'; 'sbritt@ltblaw.com'; 'E M'
> Subject: Revised AC Tech BB Certificate-June (RESEND)
>
>
>
> Jessica, Diane and Yanlin,
>
> We are pleased to provide a revised BBC for AC Tech. (My prior email had the
> incorrect attachment.)
>
> Thanks for your patience and for the explanation about "unbilled accounts"
> under the Credit Agreement. As you will see, we chose to delete the DHS
> "Unbilled" line item for $7.7mm. We expect this to be an eligible AR for
> the month of July.
>
> On the Borrowing Base spreadsheet, we are glad you were aware of the formula
> error.
>

> Beyond that...the news is all good, as the A/R figures are very strong and
> growing daily. I've attached the latest A/R Aging for your review.
>



PLAINTIFF'S EXHIBIT
10



PLAINTIFF'S EXHIBIT
17

EXHIBIT
I



\> Please let us know if you need any further information. You can contact me
\> directly at 301-523-4556.
\>
\> We greatly value your support and assistance these past few weeks and look
\> forward to a great relationship ahead.
\>
\> Have a good evening,
\> MAB
\>
\>
\>
\>

---

The I'm Talkathon starts 6/24/08.  For now, give amongst yourselves. Learn More



**Bank of America**

**Bank of America Asset Based Lending Services** - Monthly Borrowing Base Certificate

**BORROWER:** MB Security Corporation

Certificate #: _____
Month Ending: 6/30/2008

### ACCOUNTS RECEIVABLE

| Line | Roll Forward Information | | Government | Commercial | | Combined |
|---|---|---|---|---|---|---|
| 1 | Trade Accounts Receivable-Last Month End | 31-May-08 | 5,625,758.61 | 1,929,623.58 | - | 7,555,382.19 |
| 2 | Plus: Credit Sales | | 5,073,539.22 | 1,117,370.45 | - | 6,190,909.67 |
| 3 | Plus: Debit Memos and Misc. Debit Adj. | | - | - | - | - |
| 4 | Less: Collections | | (2,460,798.38) | (1,497,194.29) | | (3,957,992.67) |
| 5 | Less: Credit Memos for the Month | | | | | |
| 6 | Other Debit or (Credit) Adj. (Attach Explanation) | | | | | |
| 7 | Trade Accounts Receivable-This Month End | 30-Jun-08 | 8,238,499.45 | 1,549,799.74 | | 9,788,299.19 |
| 8 | Less: Ineligible Receivables per attached (Schedule A) | | 310,607.21 | | | 310,607.21 |
| 9 | Eligible Receivables (Line 7 minus line 8) | | 7,927,892.24 | 1,549,799.74 | | 9,477,691.98 |
| 10 | Advance Rate | | 90% | 80% | | |
| 11 | GROSS ACCOUNTS RECEIVABLE AVAILABILITY | | 7,135,103.02 | 1,239,839.79 | | 8,374,942.81 |

### UNBILLED ACCOUNTS RECEIVABLE

| | | |
|---|---|---|
| 12 | Unbilled A/R from prior Month's BBC dated | |
| | Plus: Estimated Unbilled A/R for the month (please exclude Billings in Excess of Costs) | |
| | Less: Billings Created for the Period | |
| 13 | Unbilled A/R this Month-End | |
| 14 | Advance Rate | 50% |
| 15 | Unbilled A/R Availability/Unbilled Cap | |
| 16 | APPROVED OVERADVANCE ($0) | |
| 17 | GROSS COMBINED AVAILABILITY | 8,374,942.81 |
| 18 | Less: Outstanding Letter of Credit | |
| 19 | NET AVAILABILITY | 8,374,942.81 |
| 20 | APPROVED LINE OF CREDIT   $ 10,000,000 | |
| 21 | The Lesser of Net Availability or Credit Line | 8,374,942.81 |

### LOANS OUTSTANDING

| | | | |
|---|---|---|---|
| 21 | Loan Balance - Since last Certificate | 5,500,000 | |
| 22 | Advances Since last Certificate | | |
| 23 | Less: Collections Applied To Loan | | |
| 24 | Total Loan Balance this Certificate | 5,500,000 | 5,500,000.00 |
| 25 | Less: Collateral Reserves | | |
| 26 | **REMAINING LOAN AVAILABILITY/(OVERADVANCE)** | | 2,874,943 |
| | (Line 19 minus lines 25 & 26) | | |

I certify the above to be true and correct to the best of my knowledge and belief. We understand that you are relying upon this Report and supporting documents in granting credit to us and we warrant that no Event of Default exists or is imminent under any agreements between us. The undersigned further certifies that all inventory is owned by us free and clear of any liens or encumbrances other than to Bank of America, that the same is under the control and in the possession of the undersigned and otherwise complies with all provisions of agreements between us:

Borrower:  MB Security Corporation
By:  Michael Byrd, EVP
Date:  6/27/2008

BBTemp_270608.xls Revised 8-22-02

| OBLIGOR | MB Security Corporation |
|---|---|
| SCHEDULE A - SCHEDULE OF INELIGIBLES | |

**INELIGIBLE ACCOUNTS RECEIVABLE**

| | |
|---|---:|
| Past due: Over 90 Days from Invoice Date | 309,161.61 |
| Datings/Futures | |
| Credit Balances in Past Dues | |
| 50 % Cross Aging | |
| Intercompany/Affiliate | 1,445.60 |
| Contra Elimination | |
| Unapplied Cash | |
| Cash/COD's | |
| Credit Hold | |
| Finance/Service Charges | |
| Bankrupt Accounts | |
| Pre-Billings/Bill and Hold | |
| Retentions | |
| Bankrupt Accounts | |
| Consignments | |
| Debit Memos/Chargebacks | |
| Other as banks deems ineligible | |
| Variance Between Aging & G/L (if G/L is lower) | |
| Excess 50 % Concentration [x] Net [ ] Gross | |
| Commerical A/R only | |
| Excess Concentration limit (name specific) | |
| TOTAL INELIGIBLES | 310,607.21 |

7:39 PM
27/08

# AC TECHNOLOGY INC.
## A/R Aging Summary
As of June 27, 2008

| | Current | 1 - 30 | 31 -60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Advanced Biometric Controls, LLC | 1,445.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1,445.60 |
| AFRL | 98,293.75 | 0.00 | 0.00 | 0.00 | 0.00 | 98,293.75 |
| Air Force | 15,672.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,672.00 |
| ArgonST | 31,650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 31,650.00 |
| AVR Enterprises Inc. | 10,699.69 | 0.00 | 0.00 | 0.00 | 0.00 | 10,699.69 |
| Bureau of Labor Statistics | 0.00 | 7,427.78 | 0.00 | 0.00 | 0.00 | 7,427.78 |
| Bureau of the Census | 278,668.11 | 0.00 | 0.00 | 0.00 | 0.00 | 278,668.11 |
| CACI | 88,604.51 | 0.00 | 0.00 | 0.00 | 0.00 | 88,604.51 |
| Chenega Federal Systems LLC | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| CherryRoad GT Inc. | 343,506.21 | 226,847.33 | 0.00 | 0.00 | 0.00 | 570,353.54 |
| CSIC | 15,490.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,490.00 |
| DC Water & Sewer Authority | 246,100.17 | 0.00 | 0.00 | 0.00 | 0.00 | 246,100.17 |
| Defense Finance & Accounting Service | 1,215.57 | 0.00 | 893.79 | 0.00 | 0.00 | 2,109.36 |
| Defense Logistics Agency | 74,754.40 | 0.00 | 0.00 | 0.00 | 0.00 | 74,754.40 |
| Department of Homeland Security | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Enterprise Network MGMT OFC | 0.00 | 14,543.61 | 0.00 | 0.00 | 0.00 | 14,543.61 |
| FAA | 0.00 | 13,842.44 | 0.00 | 0.00 | 0.00 | 13,842.44 |
| General Dynamics | 4,475,000.00 | 0.00 | 0.00 | 0.00 | -5,490.87 | 4,469,509.13 |
| IRIDES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 2,723.48 | 2,723.48 |
| Lawrence Berkeley National Laboratory | 0.00 | 107,233.56 | 0.00 | 0.00 | 0.00 | 107,233.56 |
| Maryland Procurement Office | 0.00 | 25,980.00 | 0.00 | 0.00 | 0.00 | 25,980.00 |
| Michael Baker Corp | 0.00 | 9,790.28 | 0.00 | 0.00 | 0.00 | 9,790.28 |
| MOCA/Arrow, Inc. | 42,740.89 | 0.00 | 0.00 | 0.00 | 0.00 | 42,740.89 |
| Naval Air Warfare Center | 0.00 | 5,658.43 | 0.00 | 0.00 | 0.00 | 5,658.43 |
| Naval Satellite Operations Center | 51,786.11 | 0.00 | 0.00 | 0.00 | 0.00 | 51,786.11 |
| NCI Information Systems | 0.00 | 6,079.77 | 0.00 | 0.00 | 0.00 | 6,079.77 |
| NEWTEC | 0.00 | 2,400.30 | 0.00 | 0.00 | 0.00 | 2,400.30 |
| NOAA | 0.00 | 14,885.06 | 0.00 | 0.00 | 0.00 | 14,885.06 |
| Northrop Grumman Corporation | 0.00 | 2,030.11 | 0.00 | 0.00 | 0.00 | 2,030.11 |
| Maryland Procurement Office | 2,010,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,010,000.00 |
| NSWC | 344,631.96 | 0.00 | 0.00 | 0.00 | 0.00 | 344,631.96 |
| ORC, Inc. | 17,033.56 | 0.00 | 0.00 | 0.00 | 0.00 | 17,033.56 |
| SensorCom Inc. | 255.20 | 0.00 | 0.00 | 0.00 | 0.00 | 255.20 |
| Sun Microsystems, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 311,929.00 | 311,929.00 |
| TKC Technology Solution, Inc | 0.00 | 1,581.95 | 0.00 | 0.00 | 0.00 | 1,581.95 |
| TKC Technology Solution, LLC | 99,140.52 | 26,093.68 | 0.00 | 0.00 | 0.00 | 125,234.20 |
| UC Lawrence Berkley Lab | 458,461.18 | 14,125.19 | 0.00 | 0.00 | 0.00 | 472,586.37 |
| Unisys | 8,196.13 | 0.00 | 0.00 | 0.00 | 0.00 | 8,196.13 |
| US House of Representatives | 0.00 | 485.56 | 0.00 | 0.00 | 0.00 | 485.56 |
| US Naval Academy | 18,481.32 | 0.00 | 0.00 | 0.00 | 0.00 | 18,481.32 |
| Wildflower International, LTD. | 0.00 | 126,591.12 | 0.00 | 0.00 | 0.00 | 126,591.12 |
| **TOTAL** | **8,731,826.88** | **607,640.72** | **893.79** | **0.00** | **309,161.61** | **9,649,523.00** |